IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK BAUSOM and
DIANE BAUSOM                                                          PLAINTIFFS

v.                          No. 4:13-cv-189-DPM

HOWMEDICA OSTEONICS
CORPORATION, a New Jersey
Corporation doing business as
Stryker Orthopaedics                                                  DEFENDANT

## ORDER

Notice of related case, № 7, is moot.  Motions, № 8 & 9, denied as moot.

This case has already been transferred and stayed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

 30 April 2013